# In the United States Court of Federal Claims

| | |
|---|---|
| **DOUGLAS EDLUND,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.** | **No. 04-1464L**<br>**Filed: May 15, 2007** |

## O R D E R

The court is in receipt of the parties' May 14, 2007 joint stipulation of dismissal in the above-captioned case. Pursuant to the joint stipulation of dismissal and RCFC 41(a)(1)(ii), plaintiff's claims are **DISMISSED**, with prejudice, with each party to bear its own costs, attorney fees and expenses. The clerk's office shall enter **JUDGMENT** consistent with this order.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**