# In the United States Court of Federal Claims

**No. 04-1464 L**

**DOUGLAS EDLUND,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed May 15, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a)(1)(ii), that the complaint is dismissed, with prejudice, with each party to bear its own costs, attorney fees and expenses.

Brian Bishop
Clerk of Court

**May 16, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.